Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Attorneys for Mr. Gadbois

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>   Christian Gadbois,<br><br>                   Debtor(s)<br><br>Christian Gadbois,<br><br>                   Debtor(s)<br><br>v.<br><br>Minter Field Airport District, a special district formed under the California Airport District Act; Does 1−5, Inclusive<br>                   Defendant(s) | **Chapter 13**<br>**Case No.: 2:19−bk−10187−VZ**<br>**Adv. No.: 2:21−ap−01158−VZ**<br><br>**PROOF OF SERVICE OF ADVERSARY COMPLAINT, SUMMONS AND ORDER REGARDING COURTROOM PROCEDURES**<br><br>**Status Conference:**<br>**Date:  September 30, 2021**<br>**Time:  10:30 a.m.**<br>**Place:  255 E Temple St., Ctrm. 1368, Los Angeles, CA 90012** |

**TO: HON. VINCENT P. ZURZOLO AND CLERK OF COURT:**

     Plaintiff Christian Gadbois ("Gadbois") hereby submits the attached proof of service of the adversary complaint, summons and Judge Zurzolo's Order Setting Procedures for Adversary Proceeding Status Conferences on defendant in this adversary proceeding: Minter Field Airport District, a special district formed under the California Airport District Act.

Dated: July 28, 2021                                /s/ Michael F. Chekian_____
                                                                        Michael F. Chekian
                                                                        Chekian Law Office
                                                                        Attorneys for Mr. Gadbois

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): 1. COMPLAINT FOR VIOLATION OF AUTOMATIC STAY; REVOCERY OF PROEPRTY OF ESTATE (11 USC Sections 362(a) (h), 544,549, 522); 2. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; 3. ORDER SETTING PROCEDURES FOR ADVERSARY PROCEEDING STATUS CONFERENCES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____July 28, 2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

n/a

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____July 28, 2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA U.S. CERTIFIED MAIL, ARTICLE NUMBER 7019 0140 0001 0114 1781
Defendant
c/o Young Wooldridge LLP
attn. Brett A. Stroud, Esq.
1800 30th Street, 4th Floor
Bakersfield, CA 93301

VIA U.S. CERTIFIED MAIL, ARTICLE NUMBER 7018 0680 0002 0295 5953
Defendant
Minter Field Airport District, a special district formed under the California Airport District Act
Attn.:  Walt Welshaar, President
201 Aviation Street
Shafter, CA  93263

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/28/2021 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE