| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael F. Chekian, SBN 165026<br>Chekian Law Office<br>445 South Figueroa St., Ste. 3100<br>Los Angeles, CA 90071<br>Voice: (310) 390-5529<br>Facsimile: (310) 451-0739<br>Email: mike@cheklaw.com<br><br>☒ Attorney for  ☒ Plaintiff  ☐ Defendant<br>☐ Plaintiff  ☐ Defendant  appearing without attorney | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Christian F. C. Gadbois<br><br>                                        Debtor(s). | CASE NO.: 2:19-bk-10187-VZ<br><br>CHAPTER: 13<br><br>ADVERSARY NO.: 2:21-AP-01158-VZ |
|---|---|
| Christian F. C. Gadbois<br><br><br><br>                                        Plaintiff(s),<br>vs.<br>Minter Field Airport District, a special district formed under the California Aiport District Act; and Does 1-5, Inclusive<br><br><br><br>                                        Defendant. | **FOR ADVERSARY PROCEEDING:**<br><br>☒ **JOINT STATUS REPORT**<br><br>☐ **UNILATERAL STATUS REPORT**<br><br>LBR 7016-1(a)(2) |
| | DATE: 11/18/2021<br>TIME: 10:30 a.m.<br>COURTROOM: **1368**<br>PLACE: **Roybal Federal Buidling**<br>    **255 E. Temple Street**<br>    **Los Angeles, CA 90012** |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE <u>VINCENT ZURZOLO</u>.    In accordance with LBR 7016-1(a)(2), the party/parties submit the following ☒ JOINT STATUS REPORT or ☐ UNILATERAL STATUS REPORT:

**A.  SERVICE/SUMMONS**:

1. Have all parties been served?    ☒ YES    ☐ NO

This form is mandatory.  It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012        Page 1        **VZ.LBR7016STATUS.RPT**

2. Has Plaintiff filed a declaration of service stating that the Pre-Status Conference Instructions, summons, complaint and, if applicable, Debtor Assistance Program Notice was served?   ☒ YES   ☐ NO

If yes, go on.  If no, why not?  Please explain: _____

**B. RESPONSIVE PLEADINGS:**

1. Did all defendants timely file a plain answer (i.e. no counterclaims) to the complaint?   ☒ YES   ☐ NO

If yes, go to Section D.  If no responsive pleading was filed proceed to Section C, otherwise continue.

2. If any defendant's answer includes counterclaims, are any parties other than Plaintiff included as defendants to the claims?   ☐ YES   ☐ NO

3. If counterclaims have been filed, have all counterdefendants responded to the counterclaims?   ☐ YES   ☐ NO

If no, what is the response deadline to the countercomplaint? *Date:* _____

4. Did any defendant filed a 12(b) motion or other such responsive pleading?   ☐ YES   ☒ NO

If yes, please identify the responsive pleading(s) filed and the date(s) of the hearing(s) on the responsive pleading(s):

**C. DEFAULT**

1. If any defendant has not responded timely, has plaintiff requested entry of default?   ☐ YES   ☐ NO

If no, why not?  Please explain: _____

2. If default has been requested, has it been entered?   ☐ YES   ☐ NO

If no, why not?  Please explain: _____

3. If default has been entered has plaintiff scheduled a motion for default judgment?   ☐ YES   ☐ NO

If no, please explain why not and state a proposed date for a hearing on a motion for default judgment:

**D. FEDERAL RULE OF CIVIL PROCEDURE (F.R.Civ.P.) 26(a), (f) AND LBR 7016-1(a)(2) COMPLIANCE:**

1. The parties certify that they met and discussed the nature and basis of the claims and defenses.

   Plaintiff:     ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

2. The parties certify that they have exchanged documents.

   Plaintiff:     ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

3. The parties certify that they have exchanged witness lists.

   Plaintiff:     ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

---

This form is mandatory.  It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

4. The parties certify that they have exchanged other evidence as required by F.R.Civ.P. 26(a)(1).

   Plaintiff:  ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

5. The parties certify that they have made the disclosures required by F.R.Civ.P. 26(a)(1)(C) and (D) where applicable.

   Plaintiff:  ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

6. The parties certify that they have discussed settlement.

   Plaintiff:  ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

7. The parties certify that they have proposed a joint discovery plan.

   Plaintiff:  ☒ YES   ☐ NO
   Defendant:  ☒ YES   ☐ NO

8. If any party answered no to any of the prior six questions, please explain the reason(s): _____

**E. DISCOVERY (F.R.Civ.P 26(f)):**

A Discovery Plan should be prepared and attached to this status report if it cannot be described below.

1. Do the parties believe that changes should be made in the timing, form or requirement for disclosures under F.R.Civ.P. 26(a)?

   Plaintiff:  ☐ YES   ☒ NO
   Defendant:  ☐ YES   ☒ NO

   If any party answered yes, please explain the reason(s): _____

2. List the form(s) of discovery each party will propound.

   Plaintiff: At least one round of written discovery and possible deposition of 1 or 2 individuals.
   Defendant: At least one round of written discovery and possible depositions of 1 or 2 individuals.

3. Do the parties anticipate any unusual discovery issues?

   Plaintiff:  ☐ YES   ☒ NO
   Defendant:  ☐ YES   ☒ NO

   If any party answered yes, please identify the issues and explain the reason(s) for them: _____

4. Date by which each party expects to complete their discovery efforts:

   Plaintiff: January 28, 2022
   Defendant: February 2022

---

This form is mandatory.  It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

*February 2012*    Page 3    **VZ.LBR7016STATUS.RPT**

**F. SETTLEMENT:**

1. Do all parties request a judge to aid in settlement? If either party indicates "no", go to question 3.

    Plaintiff    ☒ YES    ☐ NO
    Defendant    ☒ YES    ☐ NO

2. Do all parties request the trial judge to aid in settlement? If yes and if applicable, please name the judge(s) of this court that the parties would like to participate in settlement efforts:

| PLAINTIFF    ☒ YES    ☐ NO | DEFENDANT    ☐ YES    ☒ NO |
|---|---|
| (1) Judge Neil Bason (after discovery completion) | (1) |
| (2) Judge Ernest Robles (after discovery completion) | (2) |
| (3) | (3) |

3. Do all parties seek any other type of mediation, arbitration, etc.? If both indicate yes, list the types.

| PLAINTIFF    ☐ YES    ☒ NO | DEFENDANT    ☐ YES    ☒ NO |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |

**G. PRE-TRIAL:**

In most adversary proceedings, it is necessary to prepare a joint pre-trial stipulation and appear at a pre-trial conference.

1. Date after which the pre-trial conference should be set:

    Plaintiff: 03/01/2022
    Defendant: 03/01/2022

2. Do you believe you can go directly to trial without a pre-trial stipulation and/or conference?

    Plaintiff:    ☐ YES    ☒ NO
    Defendant:    ☐ YES    ☒ NO

    If either party answered yes, please state why: _____

**H. OTHER PROPOSED DEADLINES:**

1. Proposed date by which all motions except motions to exclude evidence or approve a settlement must be filed, set and heard:

    Plaintiff: 1/31/2022
    Defendant: 3/1/2022

2. Proposed deadline for amendment of pleadings and/or joinder of parties (any order permitting amendment or joinder must be entered by this date):

    Plaintiff: 11/4/2021
    Defendant: 11/4/2021

---

This form is mandatory. It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

*February 2012*    Page 4    **VZ.LBR7016STATUS.RPT**

3.  Are there any other deadlines which the parties wish the court to set:

    Plaintiff:  ☐ YES  ☒ NO
    Defendant:  ☐ YES  ☒ NO

    If either party states yes, please identify the proposed subject and timing of the deadline: _____

I.  **MISCELLANEOUS**

1.  Do you dispute the jurisdiction of this Court?

    Plaintiff:  ☐ YES  ☒ NO
    Defendant:  ☐ YES  ☒ NO

2.  Do you dispute any party's allegation regarding the core/non-core nature of the adversary proceeding?

    Plaintiff:  ☐ YES  ☒ NO
    Defendant:  ☐ YES  ☒ NO

3.  Do you dispute the asserted claim of any party to the right to a jury trial?

    Plaintiff:  ☐ YES  ☒ NO
    Defendant:  ☐ YES  ☒ NO

4.  If a party answered yes to any of the above three (3) questions, has the party answering yes prepared a memorandum of points and authorities and supporting evidence detailing their position, which memorandum is to be filed fourteen (14) days prior to the Status Conference?  ☐ YES  ☐ NO

5.  Are there any other unusual issues of which the Court should be aware?  ☐ YES  ☒ NO

    If yes, please explain: _____

Respectfully submitted,

Date: 10/05/2021

Firm name: Chekian Law Office
Name: Michael Chekian, Esq.

Attorney for: Christian F. C. Gadbois

Date: 10/05/2021

Firm name: The Law Offices of Young Wooldridge, LLP
Name: Brett Stroud, Esq.

Attorney for: Minter Field Airport District

This form is mandatory.  It has been approved for use by United States Bankruptcy Judge Vincent P. Zurzolo.

February 2012                    Page 5                    VZ.LBR7016STATUS.RPT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): JOINT STATUS REPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____November 2, 2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorney for Debtor Michael Chekian: mike@cheklaw.com
Chapter 13 Trustee Nancy K. Curry: trustee13la@aol.com
U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
Minter Field Airport District c/o Brett Stroud: bstroud@youngwooldridge.com
Minter Field Airport District c/o D. Max Gardner: dmgardner@dmaxlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/02/2021 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**