

**FILED & ENTERED**

**NOV 03 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** francis    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re    CHRISTIAN F.C. GADBOIS,<br><br>Debtor. | Case No. 2:19-bk-10187 VZ<br><br>Chapter 13 |
| CHRISTIAN F.C. GADBOIS,<br><br>Plaintiff,<br>vs.<br><br>MINTER FIELD AIRPORT DISTRICT, a special district,<br><br>Defendant. | Adv. No. 2:21-ap-01158 VZ<br><br>**ORDER:**<br><br>**(1) GRANTING APPROVAL OF PRETRIAL STIPULATION;**<br>**(2) DENYING MOTION TO EXCLUDE EVIDENCE; AND**<br>**(3) SETTING TRIAL DATES**<br><br><u>Trial Dates</u>:<br>Date:  December 19-20, 2022<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>            Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On September 29, 2022, a pre-trial conference took place in this adversary proceeding. Appearances were as noted on the record. The court considered the pretrial stipulation ("PTS," docket #60) and a motion to exclude evidence ("Motion to Exclude," docket #61).

Based upon the findings and conclusions made at the pre-trial conference,

**IT IS ORDERED:**

(1) The PTS is **APPROVED**;

(2) The Motion to Exclude is **DENIED**;

(3) Trial is set for **December 19-20, 2022 at 10:00 a.m.**; and

(4) The parties must comply with Judge Zurzolo's "Procedures Regarding Trials and Evidentiary Hearings – Updated November 2022" that are posted in his page of the court's website under the "ADVERSARY PROCEEDINGS" tab.

###

Date: November 3, 2022

Vincent P. Zurzolo
United States Bankruptcy Judge